considered. No prejudicial error has been found.

The motion for an appeal is overruled and the judgment stands affirmed.

**James Jackson MULLIGAN et al.,**
**Appellants,**

**v.**

**FIRST NATIONAL BANK & TRUST CO. OF**
**LEXINGTON, Ex'r, et al., Appellees.**

Court of Appeals of Kentucky.

Nov. 3, 1961.

**Elijah MESSER, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Nov. 3, 1961.

William R. Forester, Barbourville, for appellant.

John B. Breckinridge, Atty. Gen., John B. Browning, Asst. Atty. Gen., for appellee.

PER CURIAM.

Elijah Messer was convicted of a second violation of the local option election law. He was fined $100 and sentenced to sixty days' confinement in jail. He moves for an appeal. The record and briefs have been